UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH LAWS,<br><br>              Petitioner,<br><br>        v.<br><br>D. DAVEY, ET AL., WARDEN,<br><br>              Respondents. | CASE NO. CV 15-7304-SJO (PJW)<br><br>ORDER DISMISSING SECOND AND SUCCESSIVE HABEAS CORPUS PETITION |

Before the Court is Petitioner's third attempt to challenge his 1993 state conviction and sentence for murder and robbery. In 2002, he filed a habeas corpus petition, which was ultimately dismissed on the merits. *See Laws v. Lamarque*, CV 02-1032-RSWL (PJW), April 15, 2005 Order Accepting Report and Recommendation of United States Magistrate Judge. Petitioner attempted to appeal the dismissal, but his request for a certificate of appealability was denied by this Court and the Ninth Circuit Court of Appeals. In March 2013, he filed a new habeas petition in the district court, which was dismissed as an unauthorized second or successive petition. (*Laws v. Soto*, CV 13-2228-SJO (PJW), April 9, 2013 Order.) In February 2014, the Ninth Circuit dismissed his application for a certificate of appealability in that case. (*Laws v. Soto*, No. 13-55867, February 19, 2014 Order.)

1    The current Petition is also subject to dismissal as being second
2 and successive. *See* 28 U.S.C. § 2244. Absent an order from the
3 appellate court, this Court does not have jurisdiction to entertain a
4 second or successive petition. *See* 28 U.S.C. § 2244(b)(3)(A). For
5 this reason, the Petition is dismissed.
6    Further, the Court finds that, because Petitioner has not made a
7 substantial showing of the denial of a constitutional right or that
8 the court erred in its procedural ruling, he is not entitled to a
9 certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R.
10 App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack*
11 *v. McDaniel*, 529 U.S. 473, 484 (2000).

12    IT IS SO ORDERED.

13    DATED: ___September 23, 2015._____.

16    S. JAMES OTERO
     UNITED STATES DISTRICT JUDGE

20 Presented by:

22 _____
23 PATRICK J. WALSH
   UNITED STATES MAGISTRATE JUDGE

28 C:\Users\vcruz\AppData\Local\Temp\notesC7A056\Ord_dismiss_successive pet.wpd