JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN LAWS, | ) | CASE NO. CV 15-7304-SJO (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| D. DAVEY, ET AL., WARDEN, | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 23, 2015.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\vcruz\AppData\Local\Temp\notesC7A056\~0597828.wpd